# United States District Court
## Southern District of Georgia

IVERSON DAMON LANG,

Plaintiff,

v.

SHERIFF J. WILCHER, ET AL,;

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:19-cv-143

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order dated February 13, 2020, adopting the U.S. Magistrate Judge's Report and Recommendation, judgment is hereby entered dismissing Plaintiff's complaint without prejudice. This case stands closed.

Approved by: _____

February 18, 2020  
*Date*

Scott L. Poff  
*Clerk*

*(By) Deputy Clerk*